# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Octavia L. Killion, | Civ. No. 22-1795 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Shakopee, Women Prison; and Chude, | |
| Defendants. | |

Octavia L. Killion, MCF Shakopee, 1010 West Sixth Ave., Shakopee, MN 55379, *pro se*.

This matter comes before the Court on Plaintiff Octavia L. Killion's letter to the Court received on July 27, 2022. (*See* Doc. No. 4.) Killion requests additional time to submit financial information requested by the Court's Order dated July 19, 2022. (*See* Doc. No. 3.) The Court **GRANTS** Killion's request; her deadline for providing documentation showing the average deposits to and balance of her prison trust account for the six months preceding this action's filing is now **September 8, 2022**.

In addition to requesting additional time to submit financial information, Killion also appears to request more time to submit an amended complaint. To be clear, an amended complaint is not due on September 8, 2022. However, if and when the Court considers Killion's claims, it will consider whatever complaint is operative at that time. Thus, Killion may wish to submit any amended complaint before September 8, 2022, when this action may become subject to preservice review under 28 U.S.C. § 1915A.

**SO ORDERED.**

Dated: August 3, 2022            *s/ Becky R. Thorson*
                                  BECKY R. THORSON
                                  United States Magistrate Judge